IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JULIA P. SIMMONS, EXECUTRIX ) <br> OF THE ESTATE OF ORITA WELLS ) <br> CONEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HARLEYSVILLE INSURANCE ) <br> COMPANY a/k/a HARLEYSVILLE ) <br> MUTUAL INSURANCE COMPANY; ) <br> ON YOUR SIDE NATIONWIDE ) <br> INSURANCE AGENCY, ) <br> INCORPORATED; AND SURETY ) <br> RISK SOLUTIONS, LLC, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION FILE <br><br> NO. 4:18-cv-00055-WTM-GRS |

## AMENDED NOTICE OF REMOVAL[1]

Defendant Nationwide Mutual Insurance Company,[2] ("Nationwide") and Defendant On Your Side Nationwide Insurance Agency, Incorporated (collectively with Nationwide, "Defendants"), pursuant to 28 U.S.C. §§ 1441 and 1446,

---

[1] On April 2, 2018, this Court entered an Order directing Defendants to file an amended notice of removal identifying the members of Defendant SR5, LLC ("SR5"), along with their citizenship, [Doc. No. 6.]

[2] As the result of a merger, Nationwide is the successor to Harleysville Mutual Insurance Company, which is incorrectly referred to in the Complaint as "Harleysville Insurance Company a/k/a Harleysville Mutual Insurance Company."

hereby give notice of the removal of the civil action known as *Julia P. Simmons, Executrix of The Estate of Orita Wells Coney v. Harleysville Insurance Company a/k/a Harleysville Mutual Insurance Company; On Your Side Nationwide Insurance Agency, Incorporated; and Surety Risk Solutions, LLC, Civil Action No. SPCV18-00107* (the "Superior Court Action"), from the Superior Court of Chatham County, Georgia, to the United States District Court for the Southern District of Georgia, Savannah Division, and in support thereof state as follows:

## BACKGROUND

1.

Plaintiff Julia P. Simmons, Executrix of The Estate of Orita Wells Coney ("Simmons") filed the Superior Court Action on February 5, 2018, naming Nationwide, On Your Side Nationwide Insurance Agency, Incorporated, and SR5, LLC[3] ("SR5") as Defendants. True and correct copies of all process, pleadings and orders received by Defendants in said civil action (the "Complaint") is attached hereto as Exhibit A.

---

[3] Defendant SR5, LLC is incorrectly referred to in the Complaint as "Surety Risk Solutions, LLC."

2.

The summons and a copy of the Complaint were served on Defendant Nationwide on February 14, 2018, and Defendant On Your Side Nationwide Insurance Agency, Incorporated on February 13, 2018.

3.

Defendant SR5 has not been served.

4.

This Notice of Removal is filed within 30 days after receipt by Defendants through service or otherwise, of the Complaint setting forth the claim for relief upon which this action is based, and, therefore, it is timely within the provisions of 28 U.S.C. §1446(b).

## PARTIES

5.

Upon information and belief, Plaintiff is a citizen of the State of Georgia.

6.

Defendant Nationwide was at the time of the commencement of this action and has been at all times thereafter, through and including the present time, an Ohio corporation with its principal place of business in the State of Ohio.

7.

Defendant On Your Side Nationwide Insurance Agency, Incorporated was at the time of the commencement of this action and has been at all times thereafter, through and including the present time, an Ohio corporation with its principal place of business in the State of Iowa.

8.

Defendant SR5 was at the time of the commencement of this action and has been at all times thereafter, through and including the present time, a Pennsylvania limited liability company with its principal place of business in the State of Pennsylvania.  The sole member of SR5 is James Keating.  Mr. Keating is a citizen of Pennsylvania.  Thus, no member of SR5 is a citizen of the State of Georgia.

**GROUNDS FOR REMOVAL**

9.

The above-described action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332, and one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §§1441 and 1446, because the amount in controversy exceeds $75,000.00 and the parties are citizens of different states.

*(a)   The amount in controversy exceeds $75,000.00*

10.

This case arises from a dispute over administration of a conservatorship and estate by Robert Moore.

11.

Plaintiff alleges that Robert Moore obtained a surety bond with a coverage amount of $225,000.00 from Defendant Nationwide on June 8, 2000 ("Surety Contract"). (Compl. at ¶ 8.)

12.

Plaintiff further alleges that "Robert Moore's failure to discharge his guardianship duties triggers the tender of the bond pursuant to the terms of the surety contract." (Compl. at ¶ 59.)

13.

Plaintiff seeks payment under the Surety Contract (Compl. at ¶¶ 59-64), and also seeks reasonable attorney's fees and fifty (50%) of the bond amount as damages (*Id*. at ¶ 64.) Plaintiff's prayer for relief demands judgment in the amount of $225,000.00 plus accrued interest and also seeks fifty (50%) of the bond amount as damages, and reasonable attorney's fees. (Compl. at p. 10.) Therefore, the amount in controversy exceeds $75,000.00.

*(b)   Complete diversity of citizenship exists between Plaintiff and Defendants*

14.

As set forth above in Paragraphs 5 - 8, Plaintiff is a citizen of Georgia, Nationwide is a citizen of Ohio, On Your Side Nationwide Insurance Agency, Incorporated, is a citizen of Ohio and SR5, is a citizen of Pennsylvania. Consequently, complete diversity of citizenship exists between Plaintiff and Defendants.

15.

Given that the Court has original jurisdiction as shown above, removal of this action is proper under 28 U.S.C. § 1446 because:

(a)   this Notice of Removal is being filed within thirty (30) days of the Defendants' receipt (through service or otherwise) of the Complaint;

(b)   this Notice of Removal is being filed within one (1) year of the date of commencement of the action for removal purposes;

(c)   all Defendants who have been properly joined and served have joined in the removal of this action; and

(d)   Defendants have not previously sought similar relief.

16.

Venue for removal of this action to this Court is proper because it is the district court of the United States for the district and division in which the state

civil action being removed is pending within the meaning of 28 U.S.C. § 1441 and § 1446(a).

17.

A copy of the Amended Notice of Removal will be contemporaneously filed with the Superior Court of Chatham County, Georgia.  A copy of the filing with the Superior Court without exhibits is attached hereto as Exhibit B.

WHEREFORE, Defendants respectfully request that the entire action referred to hereinabove proceed in the United States District Court for the Southern District of Georgia, Savannah Division, and that no further proceeding be held in said case in the Superior Court of Chatham County, Georgia.

Respectfully submitted, this 13th day of April, 2018.

                             s/ Gregory M. Taube
                             Gregory M. Taube
                             Georgia Bar No. 699166

                             Attorney for Defendants
                             Nationwide Mutual Insurance Company and
                             On Your Side Nationwide Insurance Agency,
                             Incorporated

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, N.W., Suite 1700
Atlanta, GA 30363
(404) 322-6000 (Phone)
(404) 322-6050 (Fax)
greg.taube@nelsonmullins.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing *AMENDED NOTICE OF REMOVAL* by depositing a copy of same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery to the following:

Latana M. Anthony
Lester B. Johnson, III
Lester B. Johnson, III, P.C.
P. O. Box 8285
Savannah, GA 31412-8285

This 13th day of April, 2018.

                                  s/ Gregory M. Taube
                                  Gregory M. Taube
                                  Georgia Bar No. 699166

                                  Attorney for Defendants
                                  Nationwide Mutual Insurance Company and
                                  On Your Side Nationwide Insurance Agency,
                                  Incorporated

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, N.W., Suite 1700
Atlanta, GA 30363
(404) 322-6000 (Phone)
(404) 322-6050 (Fax)
greg.taube@nelsonmullins.com