# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

JULIA P. SIMMONS, executrix of the estate of Orita Wells Coney,

    Plaintiff,

v.                                  CV418-055

HARLEYSVILLE INSURANCE COMPANY, a/k/a Harleysville Mutual Insurance Company, et al.

    Defendants.

## ORDER

The parties in this case moved for a post-discovery status conference. Doc. 71. The Court **GRANTS** that motion, and the conference was held on February 24, 2020. During that conference, the parties informed the Court of their desire for a court-facilitated settlement conference. The parties agreed to confer and submit proposed dates for that settlement conference to the Court. Since the deadline for filing motions is today, the Court will extend that deadline to accommodate the settlement conference. The deadline for all civil motions, including *Daubert* motions,

but excluding motions *in limine*, is extended until thirty days after the settlement conference occurs.

**SO ORDERED,** this 25th day of February, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA