IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JULIA P. SIMMONS, | |
| Plaintiff, | |
| v. | CASE NO.: 4:18-cv-055 |
| HARLEYSVILLE INSURANCE COMPANY and ON YOUR SIDE NATIONWIDE INSURANCE AGENCY INCORPORATED, | |
| Defendants. | |

# ORDER

The Court had scheduled a court-facilitated settlement conference for December 11, 2020. *See* doc. 76. The Court's Order informed the parties that failure to comply with the included procedures "in a timely manner will result in cancellation of the conference." Doc. 77 at 2. When the deadlines for compliance came and went without any word from the parties, the Court initiated a telephone conference on December 8, 2020 concerning their continued desire for a court-facilitated mediation. *See* doc. 78. Although the parties expressed their continued interest in such a

court-facilitated settlement conference, under the circumstances, the Court declines to reschedule. The parties failed to comply with the Order and the settlement conference is **CANCELLED**.

By prior Order, the Court had extended the deadline for filing civil motions, including *Daubert* motions, but excluding motions *in limine* until thirty days after the settlement conference occurs. Since the settlement will not be rescheduled, the parties are **DIRECTED** to submit all civil motions, including *Daubert* motions, but excluding motions *in limine*, no later than January 15, 2021. To the extent that the parties expressed interest in an Order directing a private mediation in the December 8 telephone conference, they are **DIRECTED** to complete any such mediation no later than January 15, 2021. Should any such mediation resolve this case, the parties must file a joint notice of settlement no later than January 15. The parties are advised that, absent extraordinary circumstances, the January 15 motions deadline will not be extended.

**SO ORDERED** this 9th day of December , 2020.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia